IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOLLY MACINTIRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-cv-925-RAH-SRW |
| | ) |
| FIRST TRANSIT, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. 25) filed on January 20, 2021, for good cause shown, this action is hereby dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close the case.

DONE and ORDERED, this the 21st day of January, 2021.

                /s/ R. Austin Huffaker, Jr.
        R. AUSTIN HUFFAKER, JR.
        UNITED STATES DISTRICT JUDGE